IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DONITA Y. LANDRO,

         Plaintiff,

    v.

C2G LTD. CO., PORT OF SEATTLE, AIR
MOBILITY COMMAND,

         Defendants.

Case No. 23-cv-00238

DEFENDANTS' NOTICE OF
REMOVAL OF ACTION UNDER
§1442(a)(1) (FEDERAL DEFENDANT)
AND §1441(a) (FEDERAL
QUESTION)

(KING COUNTY SUPERIOR COURT
CASE NO. 23-2-01765-0 SEA)

TO:        THE CLERK OF THE COURT

AND TO:    DONITA Y. LANDRO, Plaintiff, Pro Se

AND TO:  Whitney Passmore, Assistant United States Attorney, United States Attorney's Office,

Attorney for Defendant Air Mobility Command

    Defendants C2G, Ltd. Co. ("C2G") and Port of Seattle ("the Port") with the consent of the

Air Mobility Command, (collectively, "Defendants") hereby remove this civil action to this Court

from the Superior Court of Washington in and for King County pursuant to 28 U.S.C. §§ 1331,

1367, 1441(a), 1442(a)(1) and 1446. The grounds for removal are set forth below:

## PROCEDURAL BACKGROUND

1. On January 27, 2023, Plaintiff, Donita Y. Landro initiated this action against

Defendants by her Complaint in the King County, Washington, Superior Court, styled *Donita Y*

DEFENDANTS' NOTICE OF REMOVAL - 1
Case No. 23-cv-00238

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

*Landro v. C2G, Ltd. Co. et al.,* and appearing on that Court's docket as Case No. 23-2-01765-0 SEA (the "State Court Action"). A true copy of the Complaint in the State Court Action is attached.

2. On February 2, 2023, Plaintiff served the Complaint and a corresponding Summons on the Port. C2G received notice of this Complaint from the Port on February 9, 2023.   A true copy of the Summons received by the Port is attached.

**REMOVAL BASED ON FEDERAL DEFENDANT**

3. The above-described action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. §1442(a)(1) and therefore may be removed pursuant to 28 U.S.C. §1441(a).

4. Federal district courts have jurisdiction over "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office. . . ." 28 U.S.C. §1442(a)(1).

5. Defendant Air Mobility Command is a federal defendant as it operates under the United States Air Force. Therefore, removal is proper.

**REMOVAL BASED ON FEDERAL QUESTION**

6. The above-described action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 and therefore may be removed pursuant to 28 U.S.C. §1441(a).

7. Federal district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. §1331.

8. In the State Court Action, Plaintiff alleges claims for discrimination, retaliation, hostile work environment, and wrongful termination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000, *et. seq.* ("Title VII"), 42 U.S.C. §1981 ("§1981"), and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq*. ("ADEA"). Complaint, ¶¶ III.1, III.2, III.3.

9. Because Plaintiff is bringing claims under Title VII, §1981 and the ADEA, her Complaint in the State Court Action arises under the laws of the United States and is removable.

DEFENDANTS' NOTICE OF REMOVAL - 2
Case No. 23-cv-00238

10. The Complaint also alleges that Defendants have violated Washington state law, specifically the Washington Law Against Discrimination ("WLAD"), RCW 49.60 *et seq*., and also alleges claims for breach of contract and slander.  These state law claims rest on the same set of facts that support Plaintiff's federal law claims. Pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over Plaintiff's state law claims because they are so related to her federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

## COMPLIANCE WITH REMOVAL PROCEDURES

11. This Notice of Removal is being filed within 30 days after C2G and the Port had receipt of Plaintiff's Complaint, as the Port was served on February 2, 2023 and C2G had notice from the Port on February 9, 2023.  28 U.S.C. §1446(b).

12. This Notice of Removal is also being filed within 30 days after service of Plaintiff's Complaint on Air Mobility Command ("AMC"), as AMC accepted service on February 10, 2023. 28 U.S.C. §1446(b).

13. There are no other parties to the State Court Action other than Plaintiff, C2G, the Port, and AMC. AMC consents to the removal of this action.

14. In accordance with 28 U.S.C. §1446(a), a copy of "all process, pleadings, and orders" served on or received by Defendants in this action are attached as Exhibit A. There are no pending motions in the underlying State Court Action. C2G and the Port will also file a Verification of State Court Records, as required by LCR 101(c).

15. Promptly upon the filing of this Notice of Removal, C2G and the Port will file a Notice of Filing of Notice of Removal, with a copy of this Notice of Removal, with the Superior Court of Washington in and for King County and serve a copy thereof on Plaintiff.

## RESERVATION OF RIGHTS

16. This Notice of Removal is filed subject to and with the full reservation of all rights and defenses under federal or state law, including but not limited to defenses and objections to forum, venue, improper service and personal jurisdiction. No admissions are intended hereby as

DEFENDANTS' NOTICE OF REMOVAL - 3
Case No. 23-cv-00238

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

to the propriety of liability or damages with respect to any aspect of this case. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim for relief or have any merit, or that Plaintiff is entitled to or otherwise may recover any of the amounts described above.

DATED this 22nd day of February 2023.

SEBRIS BUSTO JAMES

s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
jjames@sbj.law
s/ Jennifer Hohnstein
Jennifer Hohnstein, WSBA #54608
jhohnstein@sbj.law
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
(425) 454-4233

Attorneys for Defendants C2G Ltd. Co. and Port of Seattle

DEFENDANTS' NOTICE OF REMOVAL - 4
Case No. 23-cv-00238

CERTIFICATE OF SERVICE

I, Jeffrey A. James, certify under penalty of perjury under the laws of the United States that, on February 22, 2023, I caused the attached document to be served on the individuals listed below in the manner shown:

Donita Y. Landro
174 Nile Pl NE
Renton, WA  98059
*Pro Se Plaintiff*

☒ Via U.S. Mail
☐ By Fed Express
☐ Via Facsimile
☐ By Hand Delivery
☐ Via ABC Messenger
☐ Via Electronic Mail
☐ Via E-service

*Attorney for Defendant Air Mobility Command*
Whitney Passmore
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Whitney.Passmore@usdoj.gov
(206) 553-4319

☐ Via U.S. Mail
☐ By Fed Express
☐ Via Facsimile
☐ By Hand Delivery
☐ Via ABC Messenger
☒ Via Electronic Mail
☒ Via E-service

s/ Jeffrey A. James
Jeffrey A. James

DEFENDANTS' NOTICE OF REMOVAL - 5
Case No. 23-cv-00238